**Order entered July 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00831-CR

## EX PARTE REGINALD GUTHRIE

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F15-39516-L**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's record by **August 8, 2018**. We **ORDER** that the clerk's record contain copies of the indictment, application for writ of habeas corpus, the State's response to the writ application, any documents related to the application for writ of habeas corpus, the trial court's written order adjudicating the writ application, and the trial court's certification of appellant's right to appeal. The parties may request supplementation of additional items from the district clerk.

We **ORDER** court reporter Victoria Franklin to file the reporter's record of the writ hearing by **August 8, 2018**.

After the record has been filed, the Court will set the time for filing briefs and notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, official court reporter, Criminal District Court No. 5; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    LANA MYERS
        JUSTICE